February 4, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

DEMETRIA JOHNSON, Appellant

NO. 14-13-01024-CV                    V.

CASH MCKAY PROPERTIES, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on November 13, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Demetria Johnson.

We further order this decision certified below for observance.